Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date 2/1/13   Judge Baker   Case No. 4:13 MJ 5014 NAB

UNITED STATES OF AMERICA v. Jeffrey Ellerbeck

Court Reporter FTR Gold   Deputy Clerk CL

Assistant United States Attorney(s) _____

Attorney(s) for Defendant(s): Marc Johnson

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance                    ☐ Detention Hearing                     ☐ Preliminary Revocation
☐ Arraignment                           ☐ Bond Review                           ☐ Probation
☐ Preliminary Examination               ☒ Bond Execution/Appearance Bond        ☐ Supervised Release
☐ Motion Hearing                        ☐ In Court Hrg (WAIVER OF MOTIONS)  ☐ Competency
  ☐ Evidentiary Hearing                 ☐ Change of Plea/Sentencing             ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)     ☐ Material Witness

Additional Information: _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☒ Bail/Bond set in the amount of: $ 10,000    ☐ Secured Appearance Bond   ☒ Secured by 10%

    ☐ Secured by cash only    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

☐ Plea entered not guilty   Order on pretrial motions:   ☐ issued   ☐ to issue

    ☐ Oral Motion for Suppression              ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

☐ Remanded to custody   ☒ Released on bond After processing
Next hearing date/time 2/20/13 10:00   Type of hearing Prelim   Before NAB
Proceeding commenced 2:28   Proceeding concluded 2:39   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.