UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 1 3 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| JEFFERY ELLERBECK, | ) 4: 13CR00058HEA ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but not before approximately September 1, 2012, through January 30, 2013, within the Eastern District of Missouri and elsewhere,

**JEFFERY ELLERBECK,**

the Defendant herein, did conspire, combine, confederate and agree with others known and unknown to the Grand Jury, to commit offenses against the United States, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce with financial institutions, to wit: the delivery and distribution of U.S. currency; which in fact involved the proceeds of a specified unlawful activity, to wit: the conspiracy to distribute and possess with the intent to distribute marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 846; with the intent to promote the carrying on of a specific unlawful activity, to wit: the conspiracy to distribute and possess with the intent to distribute marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and while conducting and attempting to conduct said financial transactions, the Defendant, knew that the funds involved in

the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982, upon conviction of an offense in violation of Title 18, United States Code, Section 1956(h) as set forth in Count One of the Indictment, the Defendant shall forfeit to the United States of America:

    a. any property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956; and

    b. any property traceable to such property.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal involved in transactions or attempted transactions in furtherance of the offense charged in Count Two.

3. Specific property subject to forfeiture includes, but is not limited to, the following:

    a. 2004 Audi A6, VIN: WA1YD64B74N001039; and

    b. approximately $302,855 in United States currency

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                A TRUE BILL.


                _____
                FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
Stephen Casey #58879MO
Assistant United States Attorney

3