**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date **2-20-13**   Judge **Shirley Mensah - 13S**   Case No. **4:13CR58-HEA/SPM**

UNITED STATES OF AMERICA v. **Jeffery Ellerbeck**

Deputy Clerk Initials: **LAH**   Court Recorder: **L. Holwitt**

Assistant United States Attorney: **Tom Rea**

Attorney for Defendant: **Mark Johnson, retained**

Interpreter _____   ___ SEALED PROCEEDING

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3)Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Revocation
- **X** Arraignment
- ___ In Court Hearing (WAIVER OF MOTIONS)
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Change of Plea/Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: MLM

Detention Hearing only scheduled: _____ @ _____ Before MLM

Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
- ✓ Defendant arraigned
- ✓ Waives reading of indictment/information
- ✓ Not guilty plea entered. Order on pretrial motions issued.

Evidentiary Hearing Scheduled: **3-19-13** @ **9:30**   Before **SPM** in Courtroom 13S.

**Evidentiary Hearing:**
___ Defendant waives evidentiary hearing. ** Case referral termed.

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

___ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: **will be set by HEA** @ _____ Before _____

___ Remanded to custody   ✓ Released on bond

Proceeding commenced **9:40**   Proceeding concluded **9:45**

## ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. <u>JEFFERY ELLERBECK</u>          Case No. <u>4:13CR58HEA(SPM)</u>

Government's Counsel <u>Stephen Casey</u>

Defendant's Counsel <u>Marc Johnson</u>

Interpreter  <u>N/A</u>

✓ DEFENDANT PLACED UNDER OATH

   ✓ Defendant's correctly spelled name

   Defendant's age <u>43</u>    DOB <u>10-30-69</u>

✓ Defendant waives reading of Indictment

✓ Defendant ARRAIGNED

✓ Defendant Pleads NOT GUILTY to ✓ Counts(s) of the Indictment

✓ TRIAL TO BE SET by Judge <u>Henry E. Autrey</u>

___ TRIAL SET on _____ at _____ A.M. before Judge _____

✓ Counsel moves for time to file Pretrial Motions

✓ Motion Granted and Order Concerning Pretrial Motions given to parties; Due by March 13, 2013

✓ Evidentiary Hearing set on <u>March 19, 2013</u> at <u>9:30 A.M.</u> before Judge Shirley Padmore Mensah

___ Report & Recommendation due <u>ASAP</u>

___ Defendant remanded to custody of U. S. Marshal

✓ Defendant released on existing bond


Date of Arraignment: 02/20/2013

Shirley Padmore Mensah
United States Magistrate Judge