UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
|  ) | Cause 4:13CR58 HEA (SPM) |
| vs. ) | |
|  ) | |
| JEFFERY ELLERBECK, ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on Defendant's uncontested motion for a thirty day extension of the time in which to file pretrial motions and to continue the evidentiary hearing. [Doc. 21].

For the reasons set forth in Defendant's motion, the court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for preparation of pretrial motions, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv).  The court further finds that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), and that the additional time granted to Defendant should be excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion To Extend The Time In Which To File Pretrial Motions And To Continue The Evidentiary Hearing [Doc. 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial Motions shall be filed by no later than **April 15, 2013**; responses thereto are due by **April 22, 2013**.  If any party chooses not to file pretrial motions, then that party's counsel shall file a **Notice of Intent to Waive the Filing of Pretrial Motions** by no later than **April 15, 2013**.

**IT IS FURTHER ORDERED** the evidentiary or waiver hearing will be set by a separate order of the undersigned after either Pretrial Motions or Notice Of Intent To Waive Pretrial Motions have been filed.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of March, 2013.