UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **4-17-13**        Judge **Shirley Mensah - 13S**        Case No. **4:13cr58-HEA**

UNITED STATES OF AMERICA v. **Jeffery Ellerbeck**

Deputy Clerk Initials: **LH**        Court Recorder: **L. Holwitt**

Assistant United States Attorney: **Stephen Casey**

Attorney for Defendant: **Marc Johnson**

Interpreter _____        ___ SEALED PROCEEDING

**Proceedings:**
___ Initial Appearance                    ✓ In Court Hearing (WAIVER OF MOTIONS)    ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release    ___ Motion Hearing                      ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)             ___ Evidentiary Hearing               ___ Pretrial/Status Conference
___ Detention Hearing                        ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination                  ___ Preliminary Revocation
___ Bond Execution/Appearance Bond             ___ Supervised Release
___ Bond Revocation                          ___ Probation
___ Arraignment

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____    Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: MLM

Detention Hearing only scheduled: _____ @ _____ Before MLM

Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
___ Defendant arraigned
___ Waives reading of indictment/information
___ Not guilty plea entered. Order on pretrial motions issued.

**Evidentiary Hearing Scheduled:** _____ @ _____ Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
✓ Defendant waives evidentiary hearing. ** Case referral termed.
___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.
___ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: **5-20-13** @ **9:30** Before **HEA**

___ Remanded to custody    ✓ Released on bond

Proceeding commenced **9:38** Proceeding concluded **9:43**