UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:13CR58HEA(SPM) |
| JEFFERY ELLERBECK, ) | |
| Defendant. ) | |

## MEMORANDUM FOR COURT

Counsel for defendant advises the Court that he/she believes he/she has received from the government all discovery to which he/she is legally entitled.

After review of the discovery, counsel for defendant has determined that it is in defendant's best interest (X not to file pretrial motions) (__ to withdraw all previously filed pretrial motions.)

Counsel for defendant has discussed these matters with defendant.

----

Defendant has discussed these matters with counsel and understands the reasons for the determination (X not to file pretrial motions) (__ to withdraw all previously filed pretrial motions).

Defendant agrees that it is in his/her best interest to waive his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have an Evidentiary Hearing.

Counsel _____    Defendant _____
Date: 4/16/13                         Date: 4/16/13

----

After record made in open court, the Court finds that defendant's waiver of his/her right to have pretrial motions filed or considered by the Court and defendant's waiver of Evidentiary Hearing is knowingly and voluntarily made.

Trial in this case is set on **May 20, 2013** at **9:30 A.M.** before the Honorable Henry E. Autrey.

Date: April 17, 2013

_____
Shirley Padmore Mensah
United States Magistrate Judge