UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No.: 4:13-cr-58-HEA
)
JEFFERY ELLERBECK, )
)
Defendant. )

## WAIVER OF SPEEDY TRIAL

COMES NOW Defendant, Jeffery Ellerbeck, and hereby executes this Waiver of Speedy Trial as set out in Title 18 U.S.C. § 3161 et seq.

Defendant further states to the Court that he believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

JEFFERY ELLERBECK, Defendant

ADAM D. FEIN
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

Dated: 5/14/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-58-HEA |
| | ) |
| JEFFERY ELLERBECK, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Stephen R. Casey, assistant United States attorney.

**Waiver of Speedy Trial**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

By: _____
ADAM D. FEIN, #52255MO
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050