## USDC-EDMO
## CRIMINAL CASE COVER SHEET

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| Eastern | St. Louis | No | Felony |

FILED
JUN 2 4 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**Defendant Information:**
Defendant's Name     _JEFFERY ELLERBECK___
Alias Name
Birthdate         10-26-69         Not Available ____
Social Security No.    508843386         Not Available ____

**Related Case Information:**
Superseding Indictment/Information?    ___ Yes    _X_ No    *If yes, original case number*: _____
Is this a New Defendant in the Superseding Indictment/Information?    ___ Yes    _X_ No
Prior Complaint? _X_ Yes    ___ No    If yes, Complaint No. 4:13MJ5014
Complaint:    _X_ Pending    ___ Dismissed
Deft. has had an appearance before a Magistrate? _X_ Yes    ___ No  If yes, Magistrate name:  Baker
Victim-Witness Act applies: _N_
Name of AUSA:   Casey
Agency/Agent:      HSI/ICE
Recommended Bond/Detention:        $10,000 Secured
**Interpreter Needed:**
___ Yes    Language and/or dialect _____
_X_ No
___ Not known at this time

**Location Status:**
Arrest Date __Jan 30, 2013_____
___ Currently in Federal Custody
___ Currently in State Custody   Writ required    ___ Yes    ___ No
___ Currently on bond set by Court
_X_ Defendant not in custody

**U.S.C. Citations and Total # of Counts against this Defendant:** __1__

| Ind Key/Code/Off Level | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| F.4/21.846 | Conspiracy to Possess with Intent to Distribute | 1 | I nmt nlt 5 and nmt 40 yrs.<br>F nmt 250,000 or both<br>Sup. Rel. nmt 4 yrs.<br>$100 Special Assessment/count |

**Return Date:**    6/24/2013 _____    **Signature of AUSA** _____
Stephen Casey