UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 2 4 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S-1 4:13 CR 58 HEA |
| | ) | |
| JEFFREY ELLERBECK, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of

Missouri, and Stephen Casey, Assistant United States Attorney, and hereby enter their

appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

Stephen Casey #58879MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200