

FILED
JUN 2 4 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY ELLERBECK,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:  S-1 4:13 CR 58 HEA

    I, JEFFREY ELLERBECK, the above named defendant, who is accused of conspiracy to distribute a controlled substance in violation of Title 21, United States Code, 841(a)(1) and 846, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 24, 2013 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer