# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date 6/24/13   Case No. 4:13CR58HEA
UNITED STATES OF AMERICA vs. Jeffery Ellerbeck
Judge Henry E Autrey   Court Reporter A. Daley
Deputy Clerk CP   Interpreter ___
Assistant United States Attorney(s) Stephen Casey
Attorney(s) for Defendant Marc Johnson

### Arraignment/Waiver of Indictment/ Plea:
Defendant's age 43   Education ___
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____ at_____ a.m./p.m.
☒ Defendant signs waiver of indictment and consents to proceed by ~~information~~ superseding
☐ Criminal ☒ superseding ☒ information ☐ indictment filed
☐ Defendant waives reading of indictment/information  ☐ Defendant arraigned
☐ Defendant enters a plea of  ☐ GUILTY  ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

### Change of Plea:
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters a [guilty plea agreement] plea of guilty to count(s) 1 of the ☒ superseding ☐ indictment ☒ information.
~~☒ Stipulation of facts relative to sentencing filed ☐ with ☐ without plea agreement.~~
☒ The Court adopts and approves ~~☐ Stipulation of Facts~~ ☒ guilty Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement until the date of sentencing   ☐ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____ be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____ are denied as moot.
☒ Sentencing set 9/23/13 at 10:30 a.m./p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☐ Defendant is remanded to custody  ☒ Defendant is released on existing bond
(**If defendant was on bond and is remanded, change location code to "LC."**)
Probation Officer present

Defendant attorney present at_____ a.m./p.m.
Proceedings commenced 12:54 a.m./p.m.  concluded at 1:12 a.m./p.m.