UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S1-4:13CR00058 HEA |
| ) | |
| JEFFREY ELLERBECK ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS the United States sought forfeiture of specific property of Defendant Jeffrey Ellerbeck, pursuant to Title 21, United States Code, Section 853 as set forth in the Superseding Information;

AND WHEREAS, on June 24, 2013, Defendant pleaded guilty to the charge in the Superseding Information and also entered into a written Plea Agreement regarding the identified property subject to forfeiture;

AND WHEREAS, by virtue of said plea of guilty and written Plea Agreement, the United States is now entitled to possession of said property, pursuant to Title 21, United States Code, Section 853;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property belonging to Defendant is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

   a. 2004 Audi A6, VIN: WA1YD64B74N001039; and

    b. $302,855.00 U.S. Currency.

 2. That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

 3. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

 4. That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this Order shall become final as to Defendant upon sentencing.

 5. That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

 6. That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

 So ordered this _____ day of _____ , 2013.

          _____
          HONORABLE HENRY E. AUTREY
          UNITED STATES DISTRICT JUDGE