UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13CR58  HEA ) |
| JEFFERY ELLERBECK, | ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for Monday, October 28, 2013, is reset to Monday, November 25, 2013, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 25th day of October, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE