UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CR00058 HEA |
| ) | |
| JEFFREY ELLERBECK, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 11, 2013 this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon Defendant Jeffrey Ellerbeck's guilty plea to the Indictment and the signed Plea Agreement wherein Defendant agreed to the forfeiture of certain specified assets;

AND WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 3, 2013, and ending on September 1, 2013, and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture;

AND WHEREAS the Court has been advised that no third-party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property belonging to Defendant is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

   a. 2004 Audi A6, VIN: WA1YD64B74N001039; and

   b. $302,855.00 U.S. Currency.

2. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2013.

_____
HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE