UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-58 HEA |
| | ) |
| JEFFREY ELLERBECK, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING OF LETTERS IN SUPPORT OF DEFENDANT

COMES NOW Defendant, Jeffrey Ellerbeck, by and through counsel, and files the attached letters in support of Defendant for sentencing.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /S/ Marc Johnson
MARC JOHNSON, # 58065 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Stephen Casey, assistant United States attorney.