UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before* **United States District Judge**

CASE NUMBER: 4:13CR58HEA    DATE: 11/25/13

Court Reporter: A. Daley    Courtroom Deputy: CL

| Plaintiff(s)  USA | Defendant(s) Jeffrey Ellenbeck |
|---|---|
| Plaintiff Attorney(s) Stephen Casey | Defendant Attorney(s) ( ) cja ( )pda ( ) ret  Scott Rosenblum |

Interpreter: _____ ( *IUR form forwarded to Finance Unit*)

Probation Officer present in courtroom: present

[X] Defendant/Parties present for imposition of sentence.
[ ] Plea Agreement adopted and accepted by the Court.
[X] No objections to Presentence Report filed by either party.
[ ] Objections to PSR filed by  [ ] Defendant  [ ] Government:
    [ ] After hearing arguments, the Court [ ] overruled  [ ] granted  objections _____

Other: _____

    [ ] PSR to be amended
[X] PSR adopted and accepted by the Court and to be filed *Under Seal*.
[ ] Downward departure motion filed by  [ ] Government  [ ] Defendant
    The Court  [ ] Granted  [ ] Denied  the motion for downward departure
[X] Sentence imposed - See Judgment
[ ] Count(s) _____ dismissed upon the motion of the AUSA.
[ ] Defendant **Remanded to custody** of USM
[X] Defendant granted a **Voluntary Surrender** to the institution for incarceration as notified by USM
    [ ] Surrender date: _____
[ ] Defendant released on Probation pending processing by USM

[X] Cert Re: 12.07 given to deft's Atty

Courtroom time: 11:22  To  11:42