UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13CR58  HEA |
| JEFFERY ELLERBECK, | ) |
| Defendant. | ) |

## ORDER FOR REGISTRY CHECK

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $1,000.00 to the surety of record.

Dated this 3rd day of September, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### VERIFICATION OF DEFENDANT'S STATUS
*(to be completed by the District Court)*

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court Eastern District of Missouri.  I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 3rd day of September, 2014.

/s/ *Laura Robinson*
Clerk