## United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares
Clerk of Court

Phone: 314-244-7900

September 10, 2014

Rosenblum, Schwartz, Rogers & Glass PC
120 S. Central Suite 130
St. Louis MO   63105

RE:   United States of America vs Jeffery Ellerbeck
      Case: 4:14-CR-058-001-HEA

Enclosed please find a check in the amount of $1,000.00. This is a release of monies held in the Registry of the U.S. District Court-Eastern District of Missouri regarding the case identified above.

This check is issued pursuant to the September 3, 2014, order of United States District Judge, Henry Edward Autrey.

Sincerely,

Gregory J. Linhares
Clerk of Court

/s/Laura Robinson
Financial Specialist

Enclosure